| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Norma P. Chavez, Esq. SB#177736<br>Ericksen Arbuthnot<br>835 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90017<br>(213)489-4411 (213) 489-4332<br><br>*Attorney for* American Underlayment Systems Inc. | **FILED**<br>MAR 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:               Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Castellino Villas, A.K.F. LLC,

Debtor.

Campbell Corners Limited Partnership I and Castellino Villas AFK, LLC,

Plaintiff(s),

vs.

Evanston Insurance Company, et al.,

Defendant(s).

CHAPTER 11

CASE NUMBER LA09-29228-ER

☐ ADVERSARY NUMBER (If Applicable)
AD10-01064-ER

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   American Underlayment Systems Inc.

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Norma P. Chavez, Esq., Ericksen Arbuthnot, 835 Wilshire Blvd. 5th Floor, LA, CA 90017

3. New Attorney hereby appears in the following matters:   ☒ The case    ☒ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Robert S. Phillips, Esq.

Dated:

American Underlayment Systems Inc.
*Type Name of Party*

_____
*Signature of Party*

I consent to the above substitution.

Dated:

Robert S. Phillips, Esq.
*Type Name of Present Attorney*

_____
*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 3/9/10 (02/02/10 crossed out)

Norma P. Chavez, Esq.
*Type Name of New Attorney*

_____
*Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 835 Wilshire Blvd., Suite 500, Los Angeles, California 90017.

On March 16, 2010, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action:

__X__    by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LIST

__X__    **BY MAIL.** I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles.

___    **BY PERSONAL SERVICE.** I caused such envelopes to be delivered by hand to the offices of the addressee.

___    **BY FACSIMILE.** I caused such documents to be sent to the address above via the facsimile number indicated.

___    **BY E:Mail.** I caused such documents to be sent by via e::mail.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on March 16, 2010, at Los Angeles, California.

__X__    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LYTONIA SANDERS

1

SUBSTITUTION OF ATTORNEY

## SERVICE LIST
### Campbell Corners Limited Partnership v. Evanstn Insruance Co. et al.

| | |
|---|---|
| Richard W. Freeman, Jr., Esq.<br>**Wood Smith Henning & Berman LLP**<br>1401 Willow Pass Road, Ste. 700<br>Concord, CA 94520<br>*Counsel for Evanston Insurance Company*<br>rfreeman@wshblaw.com | Paul R. Cotter, Esq.<br>**Diepenbrock & Cotter**<br>1545 River Park Drive, Ste. 201<br>Sacramento, CA 95815<br>*Counsel for CJS Plumbing, Inc.*<br>prc@diepenbrockcotter.com |
| Brian R. McClellan, Esq.<br>**Law Offices of Goates & McClellan**<br>505 14th Street, Ste. 1210<br>Oakland, CA 94612<br>*Counsel for CNC Contractors*<br>MCCLELB@nationwide.com | Meredith Jones-McKeown<br>**Sheppard Mullin Richter & Hapmpton**<br>Four Embarcadero Center, 17th Fl<br>San Francisco, CA 94111<br>mjonesmckeown@sheppardmullin.com |
| Dare Law, Esq.<br>*Office of the U.S. Trustee*<br>725 S. Figueroa Street, Ste. 26th<br>Los Angeles, CA 90017<br>Dare.law@usdoj.gov | Krikor J. Meshefejian, Esq.<br>**Levene, Neale, Bender, Rankin & Brill**<br>10250 Constellation Blvd., Ste. 1700<br>Los Angeles, CA 90067<br>Counsel for Castellino Villas, A.K.F.<br>kjm@lnbrb.com |