Richard W. Freeman Jr.
WOOD, SMITH, HENNING & BERMAN
1001 Galaxy Way, Suite 308
Concord, CA 94520
Telephone: (925) 356-8200
Facsimile: (925) 356-8250

Attorneys for Defendant
EVANSTON INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>CASTELLINO VILLAS, A K.F. LLC,<br>Debtor and Debtor in Possession | Chapter 11<br>Case No. 2:09-bk-29228-ER<br>Adv No. 2:10-ap-01064-ER |
| CAMPBELL CORNERS LIMITED PARTNERSHIP, a Michigan limited partnership; CASTELLINO VILLAS A K.F. LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation; PICERNE CONSTRUCTION CORP. dba CAMELBACK CONSTRUCTION, an Arizona corporation; CNC CONTRACTORS, INC. dba SUNBELT CNC CONTRACTORS, a Texas corporation; CJS PLUMBING, Inc., a Nevada corporation-; AMERICAN UNDERLAYMENT SYSTEMS, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **JOINT OBJECTION AND CLARIFICATION TO CASTELLINO VILLAS, LLC'S STATUS REPORT**<br><br>Date: May 6, 2010<br>Time: 10:00 a.m.<br>Crtrm.: "1568"<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

1

2        Evanston Insurance Company and Picerne Construction hereby object to the

3 "Status Update" filed by Castellino Villas, LLC and seek to clarify the record.

4        At the initial status conference held in this matter on March 18, 2010,

5 Castellino Villas, LLC was directed to file an additional statement explaining the rationale

6 for removing this action (which involves facts that were fully adjudicated in Castellino

7 Villas' arbitration with Picerne, on which a binding judgment has already been entered) to

8 this Court. Both Evanston and Picerne were waiting to receive that information before

9 taking further action in this case. Castellino Villas, LLC failed to provide any further

10 explanation, and then took the position in its recently filed "status update" that the because

11 none of the parties had filed a motion to remand, all parties "agreed" that the action should

12 remain before the bankruptcy court.

13        Evanston and Picerne do not "agree" that this action is properly before the

14 bankruptcy court. Castellino Villas, LLC's failure to provide any basis or explanation for

15 its claims or the reason it is pursuing them in this Court at this time squanders the

16 resources of this Court and of the parties as well.

17        <u>Procedural History</u>

18        On March 4, 2010, the parties submitted a Joint Status Report. In its section

19 of the Joint Status Report, Picerne explained in detail that:

20 • The instant removed action concerns a complaint by Castellino Villas, LLC

21 against its builder's risk carrier (Evanston Insurance Company), Picerne

22 Construction (the general contractor), and three subcontractors (CNC

23 Contractors, CJS Plumbing, and American Underlayment) related to

24 Castellino's claims that wind-driven rain permeated the Castellino Villas

25 apartment complex during construction in December 2005 and January 2006.

26 • That Castellino Villas, LLC already fully litigated these claims against

27 Picerne regarding the work performed by Picerne and its subcontractors in the

28 arbitration, resulting in the arbitrator's finding that, "The Owner [Castellino]

-1-

and the Contractor [Picerne] shall jointly share the December 2005-January 2006 rain storms' damages to and for the 'dried in' Castellino Project buildings, i.e., the Owner shall receive a set-off of $115,453.40." (March 11, 2009 Arbitration Award at pps. 22-23, as confirmed into a court judgment in Sacramento Superior Court Case No. 34-2009-00045395 on October 27, 2009.) This fully adjudicated the instant dispute as between Castellino Villas, LLC, Picerne, and its subcontractors.

- That Castellino's counsel had refused to conform the instant complaint to the existing judgment, or to provide any explanation whatsoever as to the justification for pursuing this matter in the bankruptcy forum.

Evanston Insurance took the position that the issues and facts involved in the arbitration were central to the resolution of the instant matter.

Castellino Villas, LLC's own section of the Joint Statement admitted that it was still in the process of "ascertaining" the impact of the judgment on the instant adversary proceeding. It has never provided any more information to the parties or the Court.

On March 18, 2010, this Court held an initial status conference. This Court directed Castellino Villas, LLC to provide more information regarding the nature of its claims, what possible claims could remain against Picerne and the subcontractors in light of the arbitration award, and the basis for removing and prosecuting the instant matter in the bankruptcy court. No such explanation has been provided.

///

Castellino Villas, LLC should provide a full explanation of the basis for its claims as directed by this Court at the last Case Management Conference.

Respectfully submitted,

Dated: 4-30, 2010

WOOD, SMITH, HENNING & BERMAN

By _____
Richard W. Freeman Jr.

Attorneys for Defendant
EVANSTON INSURANCE COMPANY

Dated: APRIL 30, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON

By _____
Meredith A. Jones-McKeown
Scott E. Hennigh

Attorneys for Defendant
PICERNE CONSTRUCTION CORP.

**By e-mail and U.S. Mail:**

*Counsel for Evanston Insurance Company*
Richard W. Freeman, Jr., Esq.
rfreeman@wshblaw.com
Wood Smith Hennigh & Berman LLP
1001 Galaxy Way #308
Concord, CA 94520

*Counsel for American Underlayment*
Norma Pedroza Chavez, Esq.
Ericksen Arbuthnot
nchavez@ericksenarbuthnot.com
835 Wilshire Blvd 5th Floor
Los Angeles, CA 90017

*Counsel for CJS Plumbing, Inc.*
Paul Cotter, Esq.
prc@diepenbrockcotter.com
Diepenbrock & Cotter LLP
1545 River Park Dr #201
Sacramento, CA 95815

*Counsel for CNC Contractors*
Brian R. McClellan, Esq.
mcclelb@nationwide.com
Law Offices of Goates & McClellan
505 14th Street, Suite 1210
Oakland, CA 94612

*Counsel for Picerne Construction*
Meredith Jones-McKeown
mjonesmckeown@sheppardmullin.com
Sheppard Mullin Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
(indicate method for each person or entity served): Pursuant to F.R.Civ.P 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

W02-WEST:5MAJ1\402625211.1                    -2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### JOINT OBJECTION AND CLARIFICATION TO CASTELLINO VILLAS, LLC'S STATUS REPORT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4 Embarcadero Center, 17th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document described as **JOINT OBJECTION AND CLARIFICATION TO CASTELLINO VILLAS, LLC'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold tma@lnbrb.com
- Ron Bender: rb@lnbrb.com
- Richard W Brunette: rbrunette@sheppardmullin.com
- Ori Katz on: okatz@sheppardmullin.com
- Dare Law (UST - LA): dare.law@usdoj.gov
- Krikor J Meshefejian: kjm@lnbrb.com
- Mary E Olden: molden@mhalaw.com, akauba@mhalaw.com
- Robert K Sahyan: rsahyan@sheppardmullin.com
- James A Tiemstra: jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 30, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles (By overnight delivery)
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

W02-WEST:5MAJ1\402625211.1          -1-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Kathryn Campion | /s/ Kathryn Campion |
|---|---|---|
| Date | Type Name | Signature |